PER CURIAM.
Affirmed. Sections 627.428 and 627.727, Fla.Stat. (1975); State Farm Mutual Automobile Ins. Co. v. Jenkins, 370 So.2d 1201 (Fla. 1st DCA 1979); State Farm Mutual Automobile Ins. Co. v. Anderson, 332 So.2d 623 (Fla. 4th DCA 1976); Moore v. Sky Realty Inc., 339 So.2d 299 (Fla. 3d DCA 1976); Commercial Union Ins. Co. v. Estate of Plute, 356 So.2d 54 (Fla. 4th DCA 1978); and All-Star Ins. Corp. v. Scandia, Inc., 353 So.2d 171 (Fla. 3d DCA 1977).